# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 16, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

158486(68)(69)

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

                                        SC: 158486
                                        COA: 337686

JOHN DAVID VANDERPOOL,
    Defendant-Appellant.

Tuscola CC: 13-012652-FH;
           16-013674-FH

_____/

On order of the Chief Justice, the motions of defendant-appellant for immediate consideration and to extend the time for filing his supplemental brief are GRANTED. The supplemental brief will be accepted as timely filed if submitted on or before August 9, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

         July 16, 2019



Clerk